UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FRANCES SHAURIS,

    Plaintiff,

v.

PARAMOUNT BEAUTY DISTRIBUTING ASSOCIATES, INC.,

    Defendant.

Civil Action No. 2:21-cv-04952

**FILED
CLERK**
9:10 am, May 04, 2022
**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Parties hereby stipulate and agree that this action and all claims asserted in this action shall be dismissed with prejudice, with all rights of appeal to be waived. Each party will bear its own attorney's fees and costs. Respectfully submitted,

*Attorneys for Plaintiff,*

Frances Shauris

/s/ Katherine Gabriel

Katherine Gabriel (NY Bar #5782487)
The Law Offices of Wyatt & Associates, PLLC
17 Elm Street, Suite C211
Keene, NH 03431
(603) 357-1111
Katherine@Wyattlegalservices.com

*Attorneys for Defendants,*

Paramount Beauty Distributing Associates

Douglas E. Rowe, Esq.
Certilman Balin Adler & Hyman, LLP
90 Merrick Ave. 9th Floor
East Meadow, NY 11554
(516)-296-7000
drowe@certilmanbalin.com

Dated: __May 2, 2022__

Dated: 5/4/2022
So Ordered. The Clerk of the Court is directed to close this case.
***/s/ Gary R. Brown***
GARY R. BROWN, U.S.D.J.